# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0892. CURTIS LEE ROGERS v. THE STATE.**

Following a jury trial, Curtis Lee Rogers was convicted of three counts of forgery and sentenced to fifteen years, with the first ten to be served in incarceration and the balance on probation. This Court affirmed Rogers's convictions on appeal. *Rogers v. State*, 363 Ga. App. 794 (872 SE2d 770) (2022). Rogers subsequently moved in the trial court for an order "clarifying" his sentence. Specifically, Rogers sought to have the trial court amend his sentence to make clear that he was to be given credit for time served while awaiting trial. The trial court entered an order denying that motion on October 10, 2023. Approximately three months later, on January 12, 2024, Rogers filed this direct appeal from the trial court's order. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). "Compliance with this statutory deadline for filing a notice of appeal is an 'absolute requirement' to confer jurisdiction on an appellate court." *Collier v. State*, 307 Ga. 363, 371 (2) (834 SE2d 769) (2019) (citation omitted). Here, Rogers filed his notice of appeal 94 days after entry of the trial court's order denying his motion. Accordingly, we are without jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  01/29/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.